UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUDITH ADELA LOPEZ, *On Behalf Of Herself And All Other Persons Similarly Situated*, | |
| Plaintiff, | |
| -against- | |
| THE HARTZ MOUNTAIN CORPORATION, | |
| Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   6/9/26

26-cv-1400 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff initiated this case on February 18, 2026 by filing a complaint [ECF No. 1]. Based on the Court's review of the docket, however, Plaintiff has never served Defendant. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

Accordingly, IT IS HEREBY ORDERED that **by June 23, 2026**, Plaintiff must serve Defendant and file proof of such service on the docket. If proof of service has not been filed by that date, and Plaintiff fails to show good cause why the time for service should be further extended, the Court will dismiss this case.

**All parties are on notice that failure to comply with court orders and all applicable procedural rules, and diligently to move this case toward a resolution, may result in sanctions, including: monetary penalties on counsel and the parties themselves; preclusion of claims, defenses, evidence, and motion practice; and the case-terminating sanctions of dismissal and default judgment.**

1

2

**SO ORDERED.**

**Date:  June 8, 2026**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

2